## STATE *vs.* FRED DAMEREST.

## Knox.    Opinion March 20, 1919.

*Jurisdiction of Municipal Courts.*

Complaint and warrant under R. S., Chap. 45, Sec. 34, alleging the offense to have
been committed at Swans Island, in the County of Hancock.   The complaint
was before the Municipal Court of the City of Rockland, Knox County.    Objec-
tion was raised to the jurisdiction of the Court in Knox County.

*Held:*

The jurisdiction of a court in criminal matters is confined to offenses committed
. in the county, unless a special statute extends it beyond.

Complaint and warrant under R. S., Chap. 45, Sec. 35.   Respon-
dent filed demurrer with right to plead anew if demurrer was over-
ruled.   Presiding Justice overruled demurrer and respondent filed
exceptions.   Exceptions sustained.   Demurrer adjudged good.

Case stated in opinion.

*Henry L. Withee,* County Attorney, for State.

*A. S. Littlefield,* for respondent.

SITTING:   CORNISH, C. J., SPEAR, HANSON, WILSON, DEASY, JJ.

SPEAR, J.   This is a complaint against the defendant for having in
his possession a certain number of short lobsters, and comes up on
demurrer.   The offense is alleged to have been committed at Swans
Island in the County of Hancock.   The complaint was before the
Police Court of the City of Rockland, and is now pending in the
Supreme Court in the County of Knox.

Objection is raised to the jurisdiction of the court in Knox County.
We think it valid.   R. S., Chap. 45, Sec. 34, provides that the several
municipal and police courts have jurisdiction under the seventeen
preceding sections, and further, that "any warrant issued by any
such court shall cover offences occurring in the county where such
court is established, or in any adjoining county."

The offense for the unlawful possession of short lobsters is found in Sec. 35, of Chap. 45.   The jurisdiction of a court in criminal matters is confined to offenses committed in the county unless a special statute extends it beyond.   The special provisions in this chapter, extending jurisdiction, apply to the seventeen sections preceding section 34, but do not apply to section 35.

It is accordingly apparent upon the face of the papers that the court in Knox County has no jurisdiction.

*Demurrer sustained.*